Dale PHILLIBER, Plaintiff/Appellant,

v.

CITY OF SEDALIA, Missouri, d/b/a Bothwell Memorial Hospital, A Municipal Corporation, Defendant/Respondent.

No. WD 37702.

Missouri Court of Appeals,
Western District.

Oct. 21, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Andrew C. Webb, Roger J. Schuber, Cope, Schuber & White, Sedalia, for plaintiff-appellant.

Stanley E. Craven, Shirley E. Goza, Spencer, Fane, Britt & Browne, Asst. Attys. Gen., Kansas City, for defendant-respondent.

Before TURNAGE, P.J., and
SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from orders denying rehearing on dismissal of wrongful discharge claim and entering summary judgment on federal civil rights act claim.

Affirmed. Rule 84.16(b).